**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000686
14-JUN-2022
08:44 AM
Dkt. 30 ODSD**

NO. CAAP-21-0000686

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
NOE KIM RAQUINO, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DCW-21-0002074)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On April 14, 2022, the court extended the opening brief deadline to May 16, 2022;

(2) Self-represented Defendant-Appellant Noe Kim Raquino (Raquino) failed to file the opening brief or request another extension of time;

(3) On May 17, 2022, the appellate clerk entered a default notice informing Raquino that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 27, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Raquino could request relief from default by motion; and

(4) Raquino has not taken any further action in this appeal in response to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 14, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge